```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02337
    ANNIE D BISHOP
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2421


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/01/08 and confirmed on 04/02/08.

    2.   The case was dismissed after confirmation, 07/25/2008.

    3.   The Debtor paid a total of $     210.00 .

    4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00           .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE        .00           .00           .00
WILL COUNTY TREASURER      SECURED              .00           .00           .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC        .00           .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED      NOT FILED           .00           .00
ASPIRE VISA                UNSECURED      NOT FILED           .00           .00
COMCAST                    UNSECURED      NOT FILED           .00           .00
CREDIT ONE BANK            UNSECURED      NOT FILED           .00           .00
FINGERHUT CREDIT ADVANTA   UNSECURED      NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED      NOT FILED           .00           .00
HSBC                       UNSECURED      NOT FILED           .00           .00
LOU HARRIS & CO            UNSECURED      NOT FILED           .00           .00
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED           .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED           .00           .00
SALUTE                     UNSECURED      NOT FILED           .00           .00
T MOBILE                   UNSECURED      NOT FILED           .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED       PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $    3500.00
and was paid $   400.00  direct and $    197.82  through the plan.

The Trustee received $     12.18 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/09/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE